140249

ORIGINAL

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-1078 MJD/AJB

Case Title: Ohio Med Instrument Co., Inc. v. Image Guided Neurologics and Brain Lab AG

Affidavit of Movant

I, Jeffrey M. Thompson ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Gregory F. Ahrens , an attorney admitted to practice in the Southern District of Ohio ,but not admitted to the bar of this court, who will be counsel for [X] plaintiff [ ] defendant Ohio Med Instrument Co in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 197245 MN Attorney License # | August 8, 2002 Date

Affidavit of Proposed Admittee

I, Gregory F. Ahrens , am currently a member in good standing of the U.S. District Court for Southern District of Ohio , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Gregory F. Ahrens Type/Print Name | [signature] Signature | 8-13-02 Date

Attorney License Number: 0038627
Law Firm Name & Address: Wood, Herron & Evans LLP
2700 Carew Tower, 441 Vine Street
Cincinnati, OH 45202-2917
Telephone: (513) 241-2324

Motion Granted: [signature] VEM
For the Court: Richard D. Sletten, Clerk

AUG 2 0 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED AUG 2 0 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORIGINAL

(Revised 10/01) Admission Pro Hac Vice

UNITED STATES DISTRICT COURT
District of Minnesota

We have accepted for filing pleadings in an action listing you as counsel or co-counsel, but are unable to find your name in the active roll of attorneys admitted to practice before this Court. If you wish to be listed as an attorney of record in matters pending before this Court, you must either be: (1) a member of the bar of the U.S. District Court of Minnesota or (2) temporarily admitted pro hac vice in accordance with our local rules.

Pro hac vice admissions in this district are for a specific case, and your affiliation with multiple cases on a pro hac vice basis must be by separate application and payment of the $25 admission fee for each individual case, with the exception of actions consolidated for pretrial purposes.

The Motion for Admission Pro Hac Vice must be completed in its entirety, as all information is necessary for data entry and retrieval purposes. A signed copy of the motion will be forwarded to local counsel after it has been granted.

Lynda Jamison
Attorney Admissions Clerk

**Local Rule 83.5 (d)**

**(d) Nonresident Attorneys**
Any attorney residing outside of this state and admitted to practice before and then in good standing in another United States District Court, but not admitted to practice in the Supreme Court of this state, may, upon oral or written motion of a member of the bar of this Court, be permitted by this Court to appear and participate as an attorney in the trial of any action or the hearing on any motion, petition or other proceeding then pending before this Court, but only if the attorney associates with an active Minnesota resident member in good standing of the bar of this Court who shall participate in the preparation and trial of the case or presentation of the matter involved and on whom service of all papers may be made. An attorney admitted to practice pursuant to this provision shall file a Notice of Admission Pro Hac Vice, on a form supplied by a Clerk of this Court, accompanied by payment of such fee as may be set from time to time by the Court. The Clerk of this Court shall not accept for filing papers which do not contain the name of an attorney admitted to practice before this Court.

The Clerk for the District of Minnesota is authorized to transmit notice of entry of judgment or orders under Fed.R.Civ.P.77 and Fed.R.Crim.P.49 by facsimile transmission of judgments, orders or notices in any case in which this capability exists and the undersigned appears as attorney in charge. I understand that this electronic notice will be in lieu of notice by mail. The following telephone number is dedicated for facsimile transmission.

[signature] Fax # 513-421-7269

Signature

ORIGINAL

140 24

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-1078 MJD/AJB

Case Title: Ohio Med Instrument Co., Inc. v. Image Guided Neurologics and Brain Lab AG

### Affidavit of Movant

I, Jeffrey M. Thompson ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Thomas J. Burger , an attorney admitted to practice in the Southern District of Ohio ,but not admitted to the bar of this court, who will be counsel for [X] plaintiff [ ] defendant Ohio Med Instrument Co in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature

197245 MN Attorney License #

July 29, 2002 Date

### Affidavit of Proposed Admittee

I, Thomas J. Burger , am currently a member in good standing of the U.S. District Court for Southern District of Ohio , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Thomas J. Burger Type/Print Name

[signature] Signature

8/5/02 Date

Attorney License Number: 0037338

Law Firm Name & Address: Wood Herron & Evans LLP
2700 Carew Tower, 441 Vine Street
Cincinnati, OH 45202-2917

Telephone: (513) 241-2324

Motion Granted: [signature] VEM
For the Court: Richard D. Sletten, Clerk

AUG 20 2002 Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED AUG 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORIGINAL

(Revised 10/01) Admission Pro Hac Vice

UNITED STATES DISTRICT COURT
District of Minnesota

We have accepted for filing pleadings in an action listing you as counsel or co-counsel, but are unable to find your name in the active roll of attorneys admitted to practice before this Court. If you wish to be listed as an attorney of record in matters pending before this Court, you must either be: (1) a member of the bar of the U.S. District Court of Minnesota or (2) temporarily admitted pro hac vice in accordance with our local rules.

Pro hac vice admissions in this district are for a specific case, and your affiliation with multiple cases on a pro hac vice basis must be by separate application and payment of the $25 admission fee for each individual case, with the exception of actions consolidated for pretrial purposes.

The Motion for Admission Pro Hac Vice must be completed in its entirety, as all information is necessary for data entry and retrieval purposes. A signed copy of the motion will be forwarded to local counsel after it has been granted.

Lynda Jamison
Attorney Admissions Clerk

**Local Rule 83.5 (d)**

***(d)* Nonresident Attorneys**
Any attorney residing outside of this state and admitted to practice before and then in good standing in another United States District Court, but not admitted to practice in the Supreme Court of this state, may, upon oral or written motion of a member of the bar of this Court, be permitted by this Court to appear and participate as an attorney in the trial of any action or the hearing on any motion, petition or other proceeding then pending before this Court, but only if the attorney associates with an active Minnesota resident member in good standing of the bar of this Court who shall participate in the preparation and trial of the case or presentation of the matter involved and on whom service of all papers may be made. An attorney admitted to practice pursuant to this provision shall file a Notice of Admission Pro Hac Vice, on a form supplied by a Clerk of this Court, accompanied by payment of such fee as may be set from time to time by the Court. The Clerk of this Court shall not accept for filing papers which do not contain the name of an attorney admitted to practice before this Court.

The Clerk for the District of Minnesota is authorized to transmit notice of entry of judgment or orders under Fed.R.Civ.P.77 and Fed.R.Crim.P.49 by facsimile transmission of judgments, orders or notices in any case in which this capability exists and the undersigned appears as attorney in charge. I understand that this electronic notice will be in lieu of notice by mail. The following telephone number is dedicated for facsimile transmission.

[signature]
Signature

Fax # (513) 421-7269