ORIGINAL

**UNITED STATES DISTRICT COURT**
**District of Minnesota**

**PETITION FOR ADMISSION PRO HAC VICE**

**Case Number: 01-CV-1078 (~~MJD~~ ADM/AJB)**
**Affidavit of Movant**

I, Laura A. Pfeiffer, an active member in good standing of the Bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice John J. Del Col, an attorney admitted to practice in the Bar of the State of Ohio, but not admitted to the Bar of this Court, who will be additional counsel for DEFENDANT, BrainLAB AG, in the case listed below. I am aware that the local rules of this Court require that I participate in the preparation and presentation of the case listed below, and that I accept service of all papers served.

Signature

Minnesota Attorney License Number: 260125
Law Firm Name & Address: Winthrop & Weinstine, P.A.
3000 Dain Rauscher Plaza, 60 South Sixth Street
Minneapolis, MN 55402-4430
Telephone: 612 347-0700 Fax: 612 347-0600

**Affidavit of Proposed Admittee**

I, John J. Del Col, am currently a member in good standing of the U.S. District Court for the Bar of the State of Ohio, but not admitted to the Bar of this Court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

John J. Del Col — Type/Print Name
Signature
Aug 21, 2002 — Date

Attorney License Number: 0069777
Law Firm Name & Address: Renner, Otto, Boisselle & Sklar, L.L.P.
1621 Euclid Avenue
Cleveland, OH 44115-2191
Telephone: 216/621-1113

Case Number: 01-CV-1078 ~~MJD~~ ADM/AJB
Case Title: *Ohio Medical Instrument Co., Inc. v. Image Guided Neurologies, Inc. and BrainLAB AG*

Motion Granted:
For the Court, Richard D. Sletten, Clerk

AUG 2 7 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

**Clerk, U.S. District Court**
**Federal Building, Room 700**
**316 North Robert Street**
**Saint Paul, Minnesota 55101**

idmsmpl:515923_1

FILED AUG 2 7 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

ORIGINAL

**UNITED STATES DISTRICT COURT**
**District of Minnesota**

**PETITION FOR ADMISSION PRO HAC VICE**

**Case Number: 01-CV-1078 (~~MJD~~ ADM/AJB)**
**Affidavit of Movant**

I, Laura A. Pfeiffer, an active member in good standing of the Bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Jay R. Campbell, an attorney admitted to practice in the Bar of the State of Ohio, but not admitted to the Bar of this Court, who will be additional counsel for DEFENDANT, BrainLAB AG, in the case listed below. I am aware that the local rules of this Court require that I participate in the preparation and presentation of the case listed below, and that I accept service of all papers served.

Signature

Minnesota Attorney License Number: 260125
Law Firm Name & Address: Winthrop & Weinstine, P.A.
3000 Dain Rauscher Plaza, 60 South Sixth Street
Minneapolis, MN 55402-4430
Telephone: 612 347-0700 Fax: 612 347-0600

**Affidavit of Proposed Admittee**

I, Jay R. Campbell, am currently a member in good standing of the U.S. District Court for the Bar of the State of Ohio, but not admitted to the Bar of this Court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Jay R. Campbell — Type/Print Name

Signature

Aug. 21, 2002 — Date

Attorney License Number: 0041293
Law Firm Name & Address: Renner, Otto, Boisselle & Sklar, L.L.P.
1621 Euclid Avenue
Cleveland, OH 44115-2191
Telephone: 216/621-1113

Case Number: 01-CV-1078 ~~MJD~~ ADM/AJB
Case Title: *Ohio Medical Instrument Co., Inc. v. Image Guided Neurologies, Inc. and BrainLAB AG*

Motion Granted: ______
For the Court, Richard D. Sletten, Clerk

AUG 27 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

**Clerk, U.S. District Court**
**Federal Building, Room 700**
**316 North Robert Street**
**Saint Paul, Minnesota 55101**

idmsmpl:515896_1

AUG 27 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK