UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

OHIO MEDICAL INSTRUMENT CO., INC.,

Plaintiff,

v.

IMAGE GUIDED NEUROLOGICS, INC. and BRAIN LAB AG,

Defendants.

Civil File No. 01-CV-1078

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**STIPULATION**

The parties, by and through their respective counsel, stipulate and agree that this action is hereby dismissed with prejudice and in its entirety, with each party to bear its own costs and attorney fees.

SO STIPULATED:

Dated: Dec 10, 2002

MEAGHER & GEER, P.L.L.P.

By [signature]
Jeffrey M. Thompson #197245
4200 Multifoods Tower
Minneapolis, MN 55402
Telephone: (612) 338-0661

FILED DEC 1 1 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

OF COUNSEL:

WOOD, HERRON & EVANS
Thomas J. Burger 0037338
2700 Carew Tower
Cincinnati, OH 45202
Telephone: (513) 241-2324

Attorneys for Plaintiff
Ohio Medical Instrument Co., Inc.

Dated: 12-9-02

DORSEY & WHITNEY LLP

By J. Thomas Vitt
J. Thomas Vitt #183817
Sri K. Sankaran #204304
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant
Image Guided Neurologics, Inc.

RENNER, OTTO, BOISSELLE & SKLAR, L.L.P.
Jay R. Campbell #
Todd R. Tucker #0065617
1621 Euclid Avenue
Nineteenth Floor
Cleveland, OH 44115-2191
Telephone: (216) 621-1113

Dated: 12-10-02

WINTHROP & WEINSTINE, P.A.

By Tiffany A. Blofield
Tiffany A. Blofield #237279
3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402-4430
Telephone: (612) 347-0700

Attorneys for Defendant
Brain Lab AG

**ORDER**

Based on the foregoing stipulation of counsel, it is hereby ordered that this action is dismissed with prejudice in its entirety, with each party to bear its own costs and attorney fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 10, 2002

Ann D. Montgomery
United States District Judge